**Revised: 9/3/2015**

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF TEXAS**
Marshall    **DIVISION**
**APPLICATION TO APPEAR PRO HAC VICE**

> **APPROVED**
> *By Nakisha Love at 4:09 pm, Apr 04, 2023*

1. This application is being made for the following: Case # 2:21-cv-125

Style/Parties: United States of America, et al. v Travelers Casualty and Surety Company of America, et

2. Applicant is representing the following party/ies: Plaintiffs/Relators

3. Applicant was admitted to practice in Texas (state) on 11/01/1976 (date).

4. Applicant is in good standing and is otherwise eligible to practice law before this court.

5. Applicant is not currently suspended or disbarred in any other court.

6. Applicant    has ⊙has not had an application for admission to practice before another court denied (please circle appropriate language). If so, give complete information on a separate page.

7. Applicant    has ⊙has not ever had the privilege to practice before another court suspended (please circle). If so, give complete information on a separate page.

8. Applicant    has ⊙has not been disciplined by a court or Bar Association or committee thereof that would reflect unfavorably upon applicant's conduct, competency or fitness as a member of the Bar (please circle).    If so, give complete information on a separate page.

9. Describe in detail on a separate page any charges, arrests or convictions for criminal offense(s) filed against you.  Omit minor traffic offenses and misdemeanor offenses committed prior to age 18. (See Page 3)

10. There are no pending grievances or criminal matters pending against the applicant.

11. Applicant has been admitted to practice in the following courts:
Texas; U.S.D.C. t for the Western District of Texas; 5th Circuit Ct of Appeals; U.S. Supreme Ct

12. Applicant has read and will comply with the Local Rules of the Eastern District of Texas, including Rule AT-3, the "Standards of Practice to be Observed by Attorneys."

13. Applicant understands that he/she is being admitted for the limited purpose of appearing in the case specified above only.

**Application Oath:**

I, CHARLES DARBY RILEY do solemnly swear (or affirm) that the above information is true; that I will discharge the duties of attorney and counselor of this court faithfully; that I will demean myself uprightly under the law and the highest ethics of our profession; and that I will support and defend the Constitution of the United States.

Date 04/04/2023            Signature /s/ Charles Darby Riley            (/s/Signature)

Application Continued on Page 2

# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF TEXAS
### APPLICATION TO APPEAR PRO HAC VICE (Continued)

Name (please print) CHARLES DARBY RILEY

Bar Number /State 16924400

Firm Name:    Riley & Riley, Attorneys at Law

Address/P.O. Box:   320 Lexington Avenue

City/State/Zip: San Antonio, Texas  78215

Telephone #:   210-225-7236

Fax #:   210-227-7907

E-mail Address:  darbyriley@rileylawfirm.com

Secondary E-Mail Address:  charlene@rileylawfirm.com


This application has been approved for the court on: _____ **4/4/23** _____


David A. O'Toole, Clerk

U.S. District Court, Eastern District of Texas


By ___*NakishaLove*_____

Deputy Clerk


Application Instructions

Complete page 1 and 2 of this Application and Email to phv@txed.uscourts.gov for approval. Once
approved, the clerk will email to you your new Login and  Password so that you will be able to
electronically file your application and pay the $100 fee on  line. If you already have a login and
password, you will still need to wait for approval email  from the clerk before filing your
electronic application.  For Complete Instructions please visit the website
http://www.txed.uscourts.gov/

**Email Application**